**WILLIAM C. DE MILLE PRODUCTIONS, Inc., Petitioner and Cross-Respondent, v. COMMISSIONER OF INTERNAL REVENUE, Respondent and Cross-Petitioner.**

No. 8083.

Circuit Court of Appeals, Ninth Circuit.

Jan. 7, 1936.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for commissioner.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered petitions to review herein dismissed; mandate forthwith.

**DRISCOLL BENEVOLENT ESTATE, Ltd., et al., Appellants, v. Everett S. SHIPP et al., Appellees.**

No. 7775.

Circuit Court of Appeals, Ninth Circuit.

Feb. 5, 1936.

John J. Driscoll, in pro. per.

Frank B. Belcher, of Los Angeles, Cal., for appellee Metro Finance Corporation.

W. I. Gilbert and W. I. Gilbert, Jr., both of Los Angeles, Cal., for other appellees.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

On consideration of the record and briefs in above cause, ordered, on authority of Spielman Motor Sales Co., Inc., v. Dodge, 295 U.S. 89, 55 S.Ct. 678, 79 L.Ed. 1322, that decree of District Court be modified so as to provide for dismissal of cause for lack of jurisdiction, and as modified the said decree is affirmed.

**DUNN & BAKER, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 7872.

Circuit Court of Appeals, Ninth Circuit.

Feb. 19, 1936.

Wilson S. Wiley and G. Q. D'Albini, both of Klamath Falls, Or., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, Ellis N. Slack, and Frank J. Ready, Jr., Sp. Assts. to Atty. Gen., for respondent.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs, and after oral argument of counsel for respective parties, ordered decision of Board of Tax Appeals affirmed, that a judgment be filed, and entered accordingly.

**Arthur H. ENSMINGER, Appellant, v. LEHIGH VALLEY RAILROAD CO., Appellee.**

No. 215.

Circuit Court of Appeals, Second Circuit.

Jan. 6, 1936.

Thomas J. O'Neill, of New York City (Archie E. Lattó, of New York City, of counsel), for appellant.

Alexander & Green, of New York City (H. S. Ogden, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.